UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.241.236.145,<br><br>　　　　　Defendant. | Case Number: 3:18-cv-01219-LB<br><br>Honorable Laurel Beeler<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Amended Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 23, 2018 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this __24th__ day of _____May_____, 2018.

By:_____/s/ LB_____
United States Magistrate Judge
Honorable Laurel Beeler

1