1  David H. Madden
   Mersenne Law
2  9600 S.W. Oak Street
   Suite 500
3  Tigard, Oregon  97223
   (503)679-1671
4  ecf@mersenne.com

5

6                 UNITED STATES DISTRICT COURT

7

8               NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11

12  STRIKE 3 HOLDINGS, LLC,                )
           *Plaintiff*                     )   Civil Action No.:................ 3:18-cv-1219-EMC
13                                         )
                                           )
14  *v.*                                   )   CROSS-PLAINTIFF's NOTICE OF
                                           )   VOLUNTARY DISMISSAL OF CROSS
15  [HUSBAND],                             )   CLAIMS PURSUANT TO
           *Defendant*                     )   FED. R. CIV. P. 41(a)(1)(A)
16  _____    )
    [WIFE],                                )
17         *Cross Plaintiff*               )
                                           )
18  *v.*                                   )
                                           )
19  STRIKE 3 HOLDINGS, LLC *and*           )
    ROE 1–5,                               )
20         *Cross Defendants*              )
    _____   )

21

22  In view of the Covenant Not to Sue provided to [WIFE] by Plaintiff and Cross-Defendant

23  STRIKE 3 HOLDINGS, LLC, which is attached hereto as Exhibit A, [WIFE] files this Notice

24  under Fed. R. Civ. P. 41(a)(1)(A) dismissing her claim for a declaratory judgment of non-

25  infringement against STRIKE 3 and unidentified ROE cross-defendants.

26         This voluntary dismissal moots STRIKE 3's presently-pending Motion to Dismiss the same

*Cross-Plaintiff [WIFE]'s Notice of Voluntary Dismissal of Cross Claims*
*(Fed. R. Civ. P. 41(a)(1)(A))*

cross-claim (dkt. #27), so the case is believed to be in condition to proceed upon the allegations of

the First Amended Complaint (dkt. #11) and the Answer (dkt. #23).

Respectfully submitted,

Digitally signed
by David H.
MADDEN
Date: 2018.09.06
08:58:03 -07'00'

6 September 2018

_____        _____
Date                             David H. Madden, CA#226671
                                 Attorney for [HUSBAND] and [WIFE]
                                 Mersenne Law
                                 9600 S.W. Oak Street
                                 Suite 500
                                 Tigard, Oregon 97223
                                 dhm@mersenne.com
                                 (503)679-1671

# Exhibit A

Covenant Not to Sue

## COVENANT NOT TO SUE

This Covenant Not to Sue ("Covenant") is made by Strike 3 Holdings, LLC, a Delaware Limited Liability Company having a principal place of business at 11271 Ventura Blvd Suite 717 Studio City, CA 91604 ("Strike 3"), and is effective as of September 6, 2018 ("Effective Date").

## RECITALS

WHEREAS, on February 23, 2018, Strike 3 commenced civil action number 3:18-cv-01219 against JOHN DOE subscriber assigned IP address 73.241.236.145 in the United States District Court in the Northern District of California, asserting claims for direct copyright infringement in relation to the Copyrighted Works (as defined below);

WHEREAS, Strike 3 Holdings represents and warrants that it owns the copyrights to the works listed on Exhibit A to this Covenant, collectively hereafter referred to as the "Copyrighted Works;"

WHEREAS, Strike 3 Holdings represents and warrants that the Copyrighted Works have either been registered with the United States Copyright Office or have pending copyright registrations.  The United States Copyright Office registration number for each Copyrighted work is outlined on Exhibit A.

WHEREAS, Strike 3 believes and has alleged that an individual has been accessing and using IP address 73.241.236.145 to download and distribute the Copyrighted Works via the BitTorrent network, but does not believe that the subscriber assigned that IP address is responsible for such activity.

NOW, THEREFORE, Strike 3 covenants as follows:

## COVENANT

Strike 3, for and on behalf of itself, its parents, subsidiaries, divisions, related companies, affiliated companies, licensees, independent contract manufacturers, assigns, and/or other related business entities, as well as any of their predecessors, successors, directors, officers, employees, agents, distributors, attorneys, representatives, and employees of such entities, hereby unconditionally and irrevocably covenants to refrain from making any claim(s) or demands(s, or from commencing, causing, or permitting to be prosecuted any action in law or equity, against [WIFE "J.M."] who is the subscriber assigned IP address 73.241.236.145 on account of any possible cause of action based on or involving copyright infringement, under federal law in the United States relating to the Copyrighted Works based on the downloading and distribution of the Copyrighted Works via BitTorrent before the Effective Date of this Covenant.

By: Emilie Kennedy
Title: General Counsel
Strike 3 Holdings, LLC