1  David H. Madden
   Mersenne Law
2  9600 S.W. Oak Street
   Suite 500
3  Tigard, Oregon  97223
   (503)679-1671
4  ecf@mersenne.com

5

6                          UNITED STATES DISTRICT COURT

7

                          NORTHERN DISTRICT OF CALIFORNIA
8

9                          SAN FRANCISCO DIVISION

10

11

12                                              )
                                                )   Civil Action No.:................ 3:18-cv-1219-EMC
13     STRIKE 3 HOLDINGS, LLC,                   )
            *Plaintiff*                          )
                                                )   **DEFENDANT'S NOTICE OF
14                                              )   WITHDRAWAL OF MOTION TO
       *v.*                                      )   DISMISS (L.R. 7-7(e), dkt. 38)**
15                                              )
                                                )
       [HUSBAND],                               )
16          *Defendant*                          )
                                                )
17   _____             )

18   According to the procedure set forth in L.R. 7-7(e), Defendant [HUSBAND] files and serves this

19   Notice of Withdrawal of his Motion to Dismiss Under Fed. R. Civ. P. 12(c), docket #38.

20   Respectfully submitted,

21

22      15 December 2018
               Date                    David H. Madden, CA#226657
23                                     Attorney for [HUSBAND]
                                       Mersenne Law
24                                     9600 S.W. Oak Street
                                       Suite 500
25                                     Tigard, Oregon 97223
                                       dhm@mersenne.com
26                                     (503)679-1671